(November 23, 1970)

Charles Kessler et al., Respondents-Appellants, v. State of New York, Appellant-Respondent. (Claim No. 39747.) –

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.